[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-11146
Non-Argument Calendar
_____

D.C. Docket No. 3:17-cr-00227-BJD-PDB-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PRYCE ELIJAH DEMARS,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 9, 2020)

Before MARTIN, BRANCH, and FAY, Circuit Judges.

PER CURIAM:

Aliza Bloom, appointed counsel for Pryce Demars in this direct criminal

appeal, has moved to withdraw from further representation of Demars and filed a

brief pursuant to Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967). Our independent review of the entire record reveals that counsel's assessment of the merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Demars's conviction and sentence are **AFFIRMED**.